IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 4:18-00726-CV-RK |
| v. | )<br>) |
| RUSSELL J. CAVANAH, SARAH B. CAVANAH, VALOR CONSTRUCTION, INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

This case was originally filed on September 13, 2018. (Doc. 1.) Plaintiff then filed a return of service on all Defendants on November 15, 2018. Then, on February 14, 2020, the Court issued a Show Cause Order, directing the Plaintiff to show cause why the case should not be dismissed for failure to prosecute. (Doc. 6.) Plaintiff responded to that Order on February 28, 2020. (Doc. 7.) Plaintiff has informed the Court that Defendant Russell Cavanah filed for bankruptcy protection. Plaintiff further states they have filed an adversary complaint in the United States Bankruptcy Court Western District of Missouri against Defendants Russell J. and Sarah B. Cavanah. (*See Id.*) Finally, Plaintiff indicates they will voluntarily dismiss Russell J. and Sarah B. Cavanah without prejudice upon confirmation of the bankruptcy plan and/or conclusion of the adversary complaint, and then proceed to judgment by default against Defendant Valor Construction. (*Id.*) Therefore, it is **ORDERED** the case is **ADMINISTRATIVELY STAYED** pending the conclusion of the bankruptcy proceeding. It is further **ORDERED** that Plaintiff shall provide the Court with a status report every ninety (90) days.

**IT IS SO ORDERED.**

                                            s/ Roseann A. Ketchmark
                                        ROSEANN A. KETCHMARK, JUDGE
                                        UNITED STATES DISTRICT COURT

DATED: March 10, 2020